DAVID W. BENVENUTI ET AL. *v.* EDWARD T.
LYNCH, SR., ET AL.
(5939)

SPALLONE, STOUGHTON and FOTI, Js.

Argued May 19—decision released May 24, 1988

*Dennis G. Ciccarillo,* for the appellants (defendants).
*Edward B. O'Connell,* for the appellees (plaintiffs).

PER CURIAM. There is no error.